IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                              **PLAINTIFF**
ADC #114018

v.                            **CASE NO. 3:22-CV-00088-BSM**

**DAVID TALLEY**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE